❦ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**SEP 04 2012**

*JAMES R. LARSEN, CLERK*
*_____ DEPUTY*
*YAKIMA, WASHINGTON*

U.S.A. vs.         Edison G. Valenzuela         Docket No.         2:11CR06074-001-*WFN*

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Matthew D. Elvin, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Edison G. Valenzuela who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 8th day of February 2012 under the following condition:

**Additional Condition of Release No. 18:** Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Edison G. Valenzuela is considered in violation of his pretrial supervision in the Eastern District of Washington for testing positive for the use of cocaine on August 21, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  09/04/2012 |
| by | s/M. D. Elvin |
|  | M.D. Elvin<br>Deputy Chief U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/4/12
Date