```
❧ PS 8
(12/04)
```

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.      Edison G. Valenzuela      Docket No.      2:11CR06074-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Edison G. Valenzuela who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 8th day of February 2012 under the following condition:

**Additional Condition of Release No. 22:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 3:** Edison G. Valenzuela is considered in violation of his pretrial supervision in the Eastern District of Washington for failing to report for drug testing on July 8, 2013.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AND INCORPORATE THE VIOLATIONS
OUTLINED IN THE JULY 10, 2013 REPORT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/15/2013

by   s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

Date  July 17, 2013